NO. _____ JEFFERSON CIRCUIT COURT
DIVISION _____

WILLIAM LOFTON     PLAINTIFF
2734 Hale Avenue
Louisville, KY 40211

v.     **COMPLAINT**
*(Filed Electronically)*

WALTER BREWER     DEFENDANTS
3701 W Magnolia Ave,
Louisville, KY 40211

     SERVE:    FBT LLC
                   400 W Market Street 32nd Fl
                   Louisville, KY 40202

Mesa Foods, LLC
3701 W Magnolia Ave,
Louisville, KY 40211

     SERVE:    FBT LLC
                   400 W Market Street 32nd Fl
                   Louisville, KY 40202

                               \*\* \*\* \*\* \*\* \*\*

       Comes now the Plaintiff, William Lofton, by counsel, and for his cause of action and Complaint, states as follows:

       1.      That at various times during February and March 2021, the Plaintiff was a resident of Jefferson County, Kentucky.

       2.      That on that date, to the best of his knowledge and belief, the Defendant, Walter Brewer (hereinafter referred to as "Individual Defendant"), was a resident of Jefferson County, Kentucky.

Exhibit "A"

Filed Case 3:21-cv-00743-DJH   Document 1-1   Filed 12/15/21   Page 2 of 7 PageID #: 6
21-CI-006423   11/10/2021   David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/15/2021 01:27:36 PM
SELMOUSSAOUI@FBTLAW.COM

3. That on that date, the Defendant, Mesa Foods, LLC, (hereinafter referred to as "Defendant Corporation") was a corporation qualified to do business in Jefferson County, Kentucky.

4. That Walter Brewer was at all times relevant herein an agent of Mesa Foods, LLC, and was acting pursuant to said agency.

5. That the events which transpired herein occurred in Jefferson County, Kentucky, and this Court has jurisdiction of this action.

## COUNT ONE

6. That at various times during February and March 2021, the Plaintiff was working at Teasdale Latin Foods located at 3701 W Magnolia Ave, Louisville, KY 40211

7. That in the course of his workday and employment, the Individual Defendant made sexual comments to Plaintiff creating a hostile work environment.

8. That as a direct and proximate result of the harassment, said Plaintiff was caused to suffer emotional duress, embarrassment, and mental anguish.

9. That the conduct of the Individual Defendant was willful, tortuous, and outrageous and said Plaintiff is due punitive and compensatory damages thereby. That the damages of said Plaintiff are sufficient to invoke this Court's jurisdiction.

10. That the misconduct of the Individual Defendant is the proximate cause of the damages suffered by said Plaintiff or are a substantial factor in causing same.

## COUNT TWO

11. That the Plaintiff reiterates each and every allegation previously set forth as if set forth herein verbatim.

Case 3:21-cv-00743-DJH Document 1-1 Filed 12/15/21 Page 3 of 7 PageID #: 7
Filed          21-CI-006423     11/10/2021      David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/15/2021 01:27:36 PM
SELMOUSSAOUI@FBTLAW.COM

12. That the conduct of the Individual Defendant, in making sexual comments to the Plaintiff, also constitutes sexual harassment and is in violation of Chapter 344 of Kentucky Revised Statutes. The claims in this case are based entirely upon the laws of this Commonwealth.

13. That said conduct has caused Plaintiff emotional duress, embarrassment, and mental anguish.

14. That this conduct of the Individual Defendant was willful, tortuous, and outrageous and said Plaintiff is due punitive and compensatory damages thereby. That the damages of said Plaintiff are sufficient to invoke this Court's jurisdiction.

15. That the misconduct of the Individual Defendant is the proximate cause of the damages suffered by said Plaintiff or is a substantial factor in causing same.

## COUNT THREE

16. That the Plaintiff reiterates each and every allegation previously set forth as if set forth herein verbatim.

17. That on the date aforementioned Individual Defendant, was employed by Mesa Foods, LLC.

18. That the Corporation Defendant entrusted the Individual Defendant as their employee, exposing Plaintiff to damages in an amount sufficient to invoke this Court's jurisdiction.

19. That the misconduct of the Defendants, jointly and/or severally, is the proximate cause of the damages suffered by the Plaintiff or are a substantial factor in causing same.

WHEREFORE, Plaintiff respectfully demands as follows:

Filed    Case 3:21-cv-00743-DJH   Document 1-1   Filed 12/15/21   Page 4 of 7 PageID #: 8
         21-CI-006423    11/10/2021    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/15/2021 01:27:36 PM
SELMOUSSAOUI@FBTLAW.COM

1. Judgment for Plaintiff against Defendants, jointly and/or severally, for punitive and compensatory damages in an amount sufficient to invoke jurisdiction.

2. Trial by jury.

3. For his costs herein expended.

4. For any and all other relief to which the Plaintiff may otherwise appear entitled.

/s/ J. Andrew White
J. ANDREW WHITE
Attorney for Plaintiff
Marion Wesley White Building
734 South First Street
Louisville, KY 40202
Ph: (502) 585-5522
Fax: (502) 584-5624
johnandrewwhite_ecf@hotmail.com

I have read a copy of the Complaint and verify that the allegations contained therein are true to the best of my knowledge and belief.

_____
WILLIAM LOFTON

Subscribed and sworn to before me, a Notary Public, this 9th day of November 2021, by William Lofton, Plaintiff herein.

My Commission expires: _____

CRYSTAL HARDIN
Notary Public, State of Kentucky
No. KYNP5973
My commission expires: May 5, 2024

_____
Notary Public, State at Large, Kentucky

Filed          21-CI-006423   11/22/2021        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
12/15/2021 01:30:51 PM
SELMOUSSAOUI@FBTLAW.COM

UNITED STATES POSTAL SERVICE

Date Produced: 11/22/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8358 9109 05. Our records indicate that this item was delivered on 11/15/2021 at 07:50 a.m. in LOUISVILLE, KY 40201. The scanned image of the recipient information is provided below.

Signature of Recipient :

Signature: X Charlene Stallworth
Printed Name: Charlene Stallworth

Address of Recipient :

Delivery Address: F.B.T

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        C3053548.17755732

Filed          21-CI-006423   11/22/2021        David L. Nicholson, Jefferson Circuit Clerk

AOS : 000001 of 000001

Entered   21-CI-006423   12/03/2021   David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/15/2021 01:31:27 PM
SELMOUSSAOUI@FBTLAW.COM

**CASE NO. 21-CI-006423**              **JEFFERSON CIRCUIT COURT**
                                                                                                    **DIVISION 12**
                                                                      **HON. SUSAN SCHULTZ GIBSON**

*Electronically filed*

**WILLIAM LOFTON**                                                 **PLAINTIFF**

v.

**WALTER BREWER and**
**MESA FOODS, LLC**                                                **DEFENDANTS**

## AGREED ORDER FOR ENLARGEMENT OF TIME

By agreement of the parties, it is ORDERED that Defendants Walter Brewer and Mesa Foods, LLC shall have up to and including January 3, 2022, within which to move or plead to Plaintiff's Complaint.

SO ORDERED this _____ day of _____ 2021.

_____
JUDGE, JEFFERSON CIRCUIT COURT

/s/ HON. SUSAN GIBSON
electronically signed
12/3/2021 2:46:20 PM ET

DATE: _____

OET : 000001 of 000002

Entered   21-CI-006423   12/03/2021   David L. Nicholson, Jefferson Circuit Clerk

Entered    21-CI-006423    12/03/2021    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
12/15/2021 01:31:27 PM
SELMOUSSAOUI@FBTLAW.COM

HAVE SEEN AND AGREED:

| | |
|---|---|
| /s/ *J. Andrew White (with permission)* | /s/ *Souhila EL Moussaoui* |
| J. Andrew White | C. Laurence Woods III |
| Johnandrewwhite_ecf@hotmail.com | lwoods@fbtlaw.com |
| Marion Wesley White Building | Souhila EL Moussaoui |
| 734 South First Street | selmoussaoui@fbtlaw.com |
| Louisville, KY 40202 | Frost Brown Todd LLC |
| *Counsel for Plaintiff* | 400 West Market Street, 32nd Floor |
| | Louisville, KY 40202-3363 |
| | *Counsel for Defendants* |

EN11825.Public-11825   4884-5285-6837v1

Entered    21-CI-006423    12/03/2021    David L. Nicholson, Jefferson Circuit Clerk

OET : 000002 of 000002